# EXHIBIT A

## Dina Santos x7416

**From:** Richard Celler x7410
**Sent:** Tuesday, March 15, 2011 2:06 PM
**To:** 'Collier, Jason A.'
**Cc:** Perla Roiz x7424; Melissa Arroyo x7417
**Subject:** RE: 1213309 Swetic, Jan vs. Silverberg Jewelery Company: Swetic

Just FYI- There can be no general release as per judge merryday in Tampa. The release will have to be limited to wage and hour claims only absent additional consideration to Mr. Swetic. You should be aware of this and I will send you the case law if you need it. I will send over the agreement shortly. There is no reason for you to waste time on it considering I already have started it and we are both going to have to work on the edits to it anyway. If you want to reduce my fees, don't you think it would effectuate that purpose if I initially drafted a settlement that I was amenable to? Makes sense.

Very Truly Yours,

Richard Celler, Esq.
Morgan & Morgan
6824 Griffin Road
Davie, Florida 33314
Phone Toll Free - (866) 344-WAGE (9243)
Facsimile - (954) 333-3515
Email: Rceller@forthepeople.com
Website: www.usovertimelawyers.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may be the subject of attorney-client privilege. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify us by telephone (954) 318-0268 or by replying to this electronic message. Thank you

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the internairevenue code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.

**From:** Collier, Jason A. [mailto:jcollier@slk-law.com]
**Sent:** Tuesday, March 15, 2011 1:55 PM
**To:** Richard Celler x7410
**Subject:** RE: Swetic

I will be preparing a draft agreement for you to review. Please sit tight and do not draft an agreement on your end so as not to incur any further fees now that the parties have reached an agreement.

**From:** Richard Celler [mailto:RCeller@forthepeople.com]
**Sent:** Tuesday, March 15, 2011 1:54 PM
**To:** Collier, Jason A.
**Cc:** Perla Roiz x7424; Melissa Arroyo x7417
**Subject:** RE: Swetic

Thanks Jason. I'm working on the settlement agreement right now and will be sending it over shortly.

Very Truly Yours,

Richard Celler, Esq.

6/9/2011