# EXHIBIT B

## AFFIDAVIT OF RICHARD CELLER, ESQUIRE

BEFORE ME, an officer duly authorized to take oaths and administer acknowledgments, appeared RICHARD CELLER, who after being duly sworn, did depose and state as follows:

1. My name is RICHARD B. CELLER. I am the managing partner of Morgan and Morgan, P.A's National Wage and Hour Department ("Department").

2. The contemporaneous time records prepared by Morgan & Morgan, P.A., with respect to litigation in the case of JAN SWETIC v. SILVERBERG JEWELERS, ET. AL., CASE NO.: CASE NO.: 8:10-cv-2096-T-23MAP, are attached as Exhibit 1.

3. The time and costs recorded on Exhibit 1 were all reasonably and necessarily incurred in litigation of the above referenced case.

4. Our department works on cases very much like a defense firm. That is, while there may be a primary attorney assigned to a file, other attorneys within our division will consult with that attorney on such file when needed, or in the event unusual or complex issues arise. The experience of attorneys in our department range from 2007 law school graduates, to 1999 law school graduates. I am the most senior lawyer in our Department. Often times, other attorneys in the Department who consult and/or work on a file will not even necessarily bill their time for same. We do not request such unbilled time in our fee petitions. However, because of the collaborative manner in which cases are litigated in this Department, we charge a "Blended Rate" of $300.00 per hour for all work done on files. Thus, regardless of whether a junior attorney is working on the file whose billing rate may be less than $300.00 per hour, or I work on the file (and my billing rate is in excess of $300.00 per hour), we request the same $300.00 billing rate per hour for all of our attorney work performed. We charge $95.00 per hour for paralegal work.

5. Kelly Amritt, admitted to the Florida Bar in 2003, initially filed this action as lead counsel. After her departure from the firm in December 2010, I became primarily/lead counsel of record on this file.

6. Calculated at our hourly blended rate of $300.00 per hour, our attorney's fees incurred during litigation of this matter total $18,306.00 Our paralegal time is $109.25 *See* Exhibit 1. The taxable costs incurred in this matter total $2,337.65

7. The expert fee Affidavits attached to our Motion for Attorneys' Fees and Costs, discuss my qualifications to bill in excess of $300.00 per hour.

    FURTHER AFFIANT SAYETH NAUGHT.

_____
RICHARD CELLER

STATE OF FLORIDA         )

COUNTY OF BROWARD    )

    SWORN TO AND SUBSCRIBED before me this 15th day of June 2011 by RICHARD CELLER, who [ x ] is personally known to me or [   ] who produced _____ as identification.

*Maria Cardenal*
NOTARY PUBLIC, STATE OF FLORIDA
*Maria Cardenal*
Print or Type Name of Notary

Notary Public State of Florida
Maria Cardenal
My Commission DD850566
Expires 03/13/2013

My Commission Expires: 3/13/2013