# EXHIBIT 1

# Time Sheet

06/15/2011

Swetic, Jan vs. Silverberg Jewelery Company
Date Range: 1/1/1980 - 6/15/2011
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|------|----------|-----|----------|----------|--------|
| 08/20/2010 | RBC | .90 | | RBC | $270.00 |
| | | | Receipt and Review of Initial File, examine documents and information for defenses. Assigned case to KA, discuss with KA. | | |
| 09/07/2010 | KA | 1.70 | MWA | KA | $510.00 |
| | | | Review file, prepare Civil cover sheet,Summons-Prepared complaint, conference with RC re: computation of RR of pay;conference with client | | |
| 09/08/2010 | MWA | .23 | MWA | MWA | $21.85 |
| | | | Introduction letter to client w/ copy of complaint | | |
| 10/05/2010 | KA | .50 | PR | KA | $150.00 |
| | | | Receipt & Review Pleading-Def's Answer & Affirmative Defenses, review file re: exemption defenses | | |
| 10/07/2010 | KA | .15 | MWA | KA | $45.00 |
| | | | Email back and forth with OC regarding Plaintiff's job description and position and Defendant's claim of exemption. | | |
| 10/08/2010 | KA | .10 | MWA | KA | $30.00 |
| | | | Receipt and Review of Defendant's Certificate of Interested Persons | | |
| 10/18/2010 | KA | .17 | MWA | KA | $51.00 |
| | | | Receipt and Review of Notice of designation | | |
| 10/25/2010 | KA | .30 | MWA | KA | $90.00 |
| | | | Prepared and filed Return of Service executed | | |
| 10/25/2010 | KA | .08 | MWA | KA | $24.00 |
| | | | Voice Mail left for Plaintiff re: Defendant's defenses | | |
| 10/26/2010 | KA | .80 | MWA | KA | $240.00 |
| | | | Telephone conversation with client regarding his position and Defendant's defenses, prep.chron of events and relevant dates of employment | | |
| 11/18/2010 | KA | .50 | MWA | KA | $150.00 |
| | | | Prepared and filed Joint Report Regarding Settlement attaching Case Management Report | | |
| 11/18/2010 | KA | .70 | MWA | KA | $210.00 |
| | | | Prepared Initial Request to produce, Initial Request for admissions, Initial Interrogatories-Served Discovery | | |
| 12/15/2010 | RBC | .60 | MWA | RBC | $180.00 |
| | | | Telephone conversation with client regarding case transfer to RBC | | |
| 12/16/2010 | RBC | .40 | MWA | RBC | $120.00 |
| | | | Receipt and Review of Case Management Report file by Court-calendared deadlines | | |
| 12/17/2010 | RBC | .10 | MWA | RBC | $30.00 |
| | | | Receipt & Review Docketing Order referring case to Mediation before Mary Lau | | |
| 12/17/2010 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Voice Mail left for Plaintiff to confirm availability for depositions and upcoming deadlines | | |
| 12/17/2010 | KA | 1.10 | MWA | KA | $330.00 |
| | | | Prepare and served Intial Disclosures | | |
| 12/20/2010 | RBC | 1.20 | MWA | RBC | $360.00 |
| | | | Receipt and Review of Defendant's Intial Disclosures, responses to First Request for Production, First Request for Admissions and First Set of Interrogatories;emailed KA to follow up with OC re:productivity docs. | | |

# Time Sheet

06/15/2011

Swetic, Jan vs. Silverberg Jewelery Company
Date Range: 1/1/1980 - 6/15/2011
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|------|----------|-----|----------|----------|--------|
| 12/22/2010 | RBC | .12 | MWA | RBC | $36.00 |
| | | | Telephone conversation with client confirmed his availability for depositions | | |
| 12/29/2010 | RBC | .17 | MWA | RBC | $51.00 |
| | | | Receipt & Review Notice of Taking Deposition from OC;asked MWA to forward same to client | | |
| 12/29/2010 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Prepare Notice of taking 30(b)(6) Deposition and forwarded to OC;asked MWA to prepare draft to change of counsel with Court. | | |
| 01/03/2011 | RBC | .32 | MWA | RBC | $96.00 |
| | | | Prepared and filed Notice of Mediation hearing | | |
| 01/03/2011 | MWA | .15 | MWA | MWA | $14.25 |
| | | | Letter to client enclosing copy of Notice of Mediation | | |
| 01/11/2011 | RBC | .40 | MWA | RBC | $120.00 |
| | | | Finalized and filed Motion to Substitute counsel | | |
| 01/12/2011 | MWA | .07 | MWA | MWA | $6.65 |
| | | | Voice Mail left for Plaintiff to set up telephone conference | | |
| 01/13/2011 | RBC | 1.60 | MWA | RBC | $480.00 |
| | | | Telephone conversation with client to discuss case and review his documents, duties, alleged exemptions, rates of pay when commmissions received | | |
| 01/14/2011 | RBC | .10 | MWA | RBC | $30.00 |
| | | | Receipt & Review Docketing Order granting Motion to Substitute counsel | | |
| 01/18/2011 | MWA | .05 | MWA | MWA | $4.75 |
| | | | Email left for OC enclosing amended deposition notice | | |
| 02/03/2011 | MWA | .10 | MWA | MWA | $9.50 |
| | | | Email left for OC re: canceling corp rep's depo and rescheduling for another date | | |
| 02/03/2011 | MWA | .10 | MWA | MWA | $9.50 |
| | | | Telephone conference withHilary at Sclafani Williams to cancel corp rep depo set for Feb. 17 | | |
| 02/03/2011 | MWA | .10 | MWA | MWA | $9.50 |
| | | | Email left for OC attaching Notice of Cancellation of corp rep's depo | | |
| 02/07/2011 | MWA | .10 | MWA | MWA | $9.50 |
| | | | Email left for OC re: D's availability for Depos | | |
| 02/14/2011 | RBC | .60 | MWA | RBC | $180.00 |
| | | | Email back and forth with OC regarding responsive documents to RFP | | |
| 02/14/2011 | RBC | 2.70 | MWA | RBC | $810.00 |
| | | | Review of file in preparation for client deposition, received and reviewed Defendant's voluminous document production in preparation for deposition of Plaintiff;outline topics to discuss with Plaintiff prior to depo | | |
| 02/15/2011 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Email back and forth regarding OC's objections to the filing of an Amended Complaint | | |
| 02/18/2011 | RBC | 11.10 | MWA | RBC | $3,330.00 |
| | | | Prepared for, traveled to and attended Plaintiff's depo in Sarasota | | |
| 02/21/2011 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Email back and forth with OC regarding documents produced | | |

# Time Sheet

06/15/2011

Swetic, Jan vs. Silverberg Jewelery Company
Date Range: 1/1/1980 - 6/15/2011
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|------|----------|-----|----------|----------|--------|
| 02/22/2011 | RBC | .70 | MWA | RBC | $210.00 |
| | | | Prepared and filed Motion for leave to file amended complaint | | |
| 02/22/2011 | RBC | .25 | MWA | RBC | $75.00 |
| | | | Receipt & Review Correspondence from OC regarding Plaintiff's laptop | | |
| 02/23/2011 | RBC | .10 | MWA | RBC | $30.00 |
| | | | Receipt & Review Docketing Order granting Motion for leave | | |
| 02/24/2011 | RBC | .20 | MWA | RBC | $60.00 |
| | | | Receipt and Review of Defendant's Discovery request to Plaintiff; mailed same to Plaintiff | | |
| 02/28/2011 | RBC | .50 | MWA | RBC | $150.00 |
| | | | Email back and forth with OC regarding Plaintiff's laptop | | |
| 03/01/2011 | RBC | .60 | MWA | RBC | $180.00 |
| | | | Received and reviewed Defendant's Answer and Affirmative Defense to Amended complaint and conferred with client re: same | | |
| 03/03/2011 | RBC | 1.50 | MWA | RBC | $450.00 |
| | | | Emails back and forth with OC regarding rescheduling Mediation and deposition; preparation of initial deposition outline for 30(b)(6), review and outline of discovery requests from OC. | | |
| 03/04/2011 | RBC | .50 | MWA | RBC | $150.00 |
| | | | Receipt and Review of Defendant's Offer of Judgment;conferred with MWA regarding letter to client explaining same. | | |
| 03/04/2011 | RBC | 2.30 | MWA | RBC | $690.00 |
| | | | Receipt and Review of Plaintiff's depo transcript | | |
| 03/07/2011 | RBC | .17 | MWA | RBC | $51.00 |
| | | | Email to Plaintiff regarding Defendant's Offer of Judgment | | |
| 03/09/2011 | RBC | .17 | MWA | RBC | $51.00 |
| | | | Receipt and Review of Plaintiff's draft responses to Defendant's First Set of Interrogatories | | |
| 03/10/2011 | RBC | 1.40 | MWA | RBC | $420.00 |
| | | | Telephone conversation with client regarding Offer of Judgment; prepared responses to Defendant's discovery with Plaintiff, reviewed additional documents from Plaintiff for use at depositions, discussed topics for upcoming 30(b)(6) depo | | |
| 03/14/2011 | RBC | .42 | PR | RBC | $126.00 |
| | | | Prepared Plaintiff's Amended Initial Disclosures and served to opposing counsel U.S. Mail | | |
| 03/14/2011 | RBC | 6.10 | MWA | RBC | $1,830.00 |
| | | | Review of file in preparation for corporate representative depo reviewed/summarized client depo; finalized deposition outline;marked and pulled exhibits | | |
| 03/15/2011 | RBC | .42 | MWA | RBC | $126.00 |
| | | | Prepared Plaintiff's Second and Third Request for Production and served same via email and U.S. Mail to opposing counsel | | |
| 03/15/2011 | RBC | 2.10 | MWA | RBC | $630.00 |
| | | | Final Review of file in preparation of corporate representative's deposition and final edits to depo outline and exhibits | | |
| 03/15/2011 | RBC | .50 | MWA | RBC | $150.00 |
| | | | Email left for OC regarding settlement | | |
| 03/15/2011 | RBC | .25 | MWA | RBC | $75.00 |
| | | | Email back and forth with OC re:settlement | | |

# Time Sheet

06/15/2011

Swetic, Jan vs. Silverberg Jewelery Company
Date Range: 1/1/1980 - 6/15/2011
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|------|----------|-----|----------|----------|--------|
| 03/15/2011 | RBC | .70 | MWA | RBC | $210.00 |
| | | | Conference with client re:settlement offer;Prepared and sent Settlement Agreement to OC | | |
| 03/15/2011 | RBC | .33 | MWA | RBC | $99.00 |
| | | | Prepared and filed Notice of Settlement | | |
| 03/16/2011 | RBC | .17 | MWA | RBC | $51.00 |
| | | | Email with OC regarding status of settlement agreement edits | | |
| 03/21/2011 | RBC | .17 | MWA | RBC | $51.00 |
| | | | Email with OC regarding settlement documents | | |
| 03/22/2011 | RBC | .50 | MWA | RBC | $150.00 |
| | | | Revised fee ledger and forwrded to OC via email | | |
| 03/28/2011 | RBC | .90 | MWA | RBC | $270.00 |
| | | | Receipt and Review of Defendant's proposed Settlement Agreement and Motion to Approve;edited both documents and edits to OC. | | |
| 04/04/2011 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Telephone conversation with client regarding status of settlement agreement | | |
| 04/07/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC re: settlement and resolution of claims | | |
| 04/08/2011 | RBC | .40 | JMR | RBC | $120.00 |
| | | | Follow up telephone conference with client regarding the terms of the settlement agreement | | |
| 04/08/2011 | RBC | .10 | MWA | RBC | $30.00 |
| | | | Sent client Settlement Agreement for execution | | |
| 04/11/2011 | RBC | .10 | MWA | RBC | $30.00 |
| | | | Receipt and Review of Plaintiff's executed Settlement Agreement | | |
| 04/13/2011 | RBC | .30 | JMR | RBC | $90.00 |
| | | | Telephone conference with client following up on the settlement agreement sent to him and estimated payment dates and approval process | | |
| 04/13/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC regarding Settlement Agreement | | |
| 04/15/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC re: Defendant's executed Settlement Agreement | | |
| 04/15/2011 | RBC | .20 | MWA | RBC | $60.00 |
| | | | Email back and forth with OC regarding settlement agreement | | |
| 04/19/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC re: Defendant's executed Settlement Agreement | | |
| 04/25/2011 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Edited and filed Joint Motion for Approval of Settlement Agreement | | |
| 05/04/2011 | RBC | .10 | MWA | RBC | $30.00 |
| | | | Receipt & Review Docketing Order denying Motion to Approve Settlement based upon general release language | | |
| 05/10/2011 | RBC | .06 | MWA | RBC | $18.00 |
| | | | Email left for Plaintiff enclosing revised Settlement Agreement for execution; received and reviewed settlement agreement from OC | | |
| 05/10/2011 | RBC | .70 | MWA | RBC | $210.00 |
| | | | Receipt and Review of edits to 2nd Motion to Approve Settlement from OC | | |

# Time Sheet

06/15/2011

Swetic, Jan vs. Silverberg Jewelery Company
Date Range: 1/1/1980 - 6/15/2011
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 05/11/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC and advised him to go forward with the filing of the 2nd Motion to Approve Settlement | | |
| 05/12/2011 | RBC | .20 | MWA | RBC | $60.00 |
| | | | Receipt and Review of Docketing Order denying 2nd Motion to Approve Settlement Agreement;email with OC regarding same. | | |
| 05/13/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC to revise Settlement Agreement | | |
| 05/16/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC re: revisions to Settlement Agreement | | |
| 05/17/2011 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Prepared and filed Status Report | | |
| 05/24/2011 | RBC | .10 | MWA | RBC | $30.00 |
| | | | Email left for OC Plaintiff's executed Settlement Agreement for Defendant's execution | | |
| 05/24/2011 | RBC | .50 | MWA | RBC | $150.00 |
| | | | Receipt and Review of 3rd Settlement Agreements forwarded from OC | | |
| 05/24/2011 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Email left for Plaintiff enclosing settlement agreements for execution;conference with client regarding execution of same | | |
| 05/26/2011 | RBC | .30 | MWA | RBC | $90.00 |
| | | | Receipt and Review of 3rd Motion to Approve Settlement from OC;advised to go forward with filing. | | |
| 05/26/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC regarding attorneys' fees and costs | | |
| 06/01/2011 | RBC | .08 | MWA | RBC | $24.00 |
| | | | Email left for OC regarding attorneys' fees and costs | | |
| 06/07/2011 | MWA | .25 | MWA | MWA | $23.75 |
| | | | Receipt and Review of Order granting Motion to Approve SA | | |
| 06/07/2011 | RBC | .20 | MWA | RBC | $60.00 |
| | | | Email left for OC re: attorneys' fees and costs | | |
| 06/08/2011 | RBC | 2.80 | RBC | RBC | $840.00 |
| | | | Reviewed File in Preparation for Drafting Motion for Attorneys' Fees and Costs after final conferral with Defendants; communication with fee experts Gadd and Fenton regarding file review and opinions to be rendered regarding results, rate, and fee amount; prepared and sent files to fee experts for independent review, Prepare for | | |
| 06/13/2011 | RBC | 4.30 | RBC | RBC | $1,290.00 |
| | | | Prepare Motion for Attorneys' Fees and Costs and Incorporated Memorandum of Law; Prepared Affidavit of Richard Celler in Support of Motion; Legal Research regarding prevailing market rates for attorneys practicing FLSA work in the MD Fla; legal research regarding Johnson factor of full relief to Plaintiff vs. proportionality of amount secured by Plaintiff and attorneys' fees and costs; legal research regarding proper taxation of attorneys' fees and costs in circumstances where Defendants refuse to settle case for proper amount and multiply proceedings. | | |
| 06/15/2011 | RBC | .40 | MWA | RBC | $120.00 |
| | | | Finalize and File Motion for Attorneys' Fees and Costs | | |

| Total hours: | 62.17 | | | Total Amount: | $18,415.25 |
|---|---|---|---|---|---|

**Morgan & Morgan, P.A.**

Case Expense Report

6/9/2011 (1213309) Swetic, Jan vs. Silberberg Jewelery Company
11:10:22AM

Page 1 of 2

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|------|-----------|------|---------------------|---------|--------|
| 08/25/2010 | | LDT | [ Long Distance Telephone ] | | 2.50 |
| | Long Distance | | | | |
| 08/26/2010 | | TRV | [ Travel ] | | 44.00 |
| | Check # 364905 | Ryan Louis; Disbursement for | | | |
| | Travel Expenses/8-20-10/TAM | | | | |
| 09/01/2010 | | LDT | [ Long Distance Telephone ] | | 0.75 |
| | Long Distance | | | | |
| 09/08/2010 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance | | | | |
| 09/14/2010 | | FIL | [ Filing fees ] | | 350.00 |
| | Check # 367984 | Clerk, U.S. District Court; | | | |
| | Disbursement for Filing Fees/Swetic | | | | |
| | 1213309/mc | | | | |
| 10/04/2010 | | CRI | [ Cost Reimbursement ] | | 12.09 |
| | Check # 372354 | Morgan & Morgan, P.A.; | | | |
| | Disbursement for Reimbursement to TAM for | | | | |
| | Davie FedEx/10-4-10 | | | | |
| 10/05/2010 | | COU | [ Courier ] | | 11.11 |
| | Check # 372461 | Federal Express; | | | |
| | Disbursement for Courier 7-232-27295 | | | | |
| 10/08/2010 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance | | | | |
| 11/09/2010 | | PSVC | [ Process Service ] | | 94.00 |
| | Check # 377779 | Gissen & Zawyer Process | | | |
| | Service, Inc.; Disbursement for Process | | | | |
| | Service/1213309/122611/mc | | | | |
| 12/08/2010 | | PSVC | [ Process Service ] | | 35.00 |
| | Check # 382401 | Gissen & Zawyer Process | | | |
| | Service, Inc.; Disbursement for Process | | | | |
| | Service/1213309/2010124429/mc | | | | |
| 12/21/2010 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance | | | | |
| 12/28/2010 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance | | | | |
| 01/13/2011 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance | | | | |
| 02/09/2011 | | ADV | [ Client Advance ] | | 183.40 |
| | Check # 392491 | American Express; | | | |
| | Disbursement for | | | | |
| | RBC/Employment/Davie/DueDate/2-12-11 | | | | |
| 02/09/2011 | | ADV | [ Client Advance ] | | 253.80 |
| | Check # 392491 | American Express; | | | |
| | Disbursement for | | | | |
| | RBC/Employment/Davie/DueDate/2-12-11 | | | | |
| 02/24/2011 | | CPY | [ Copy Service ] | | 56.45 |
| | Check # 394447 | IKON Office Solutions, Inc.; | | | |
| | Disbursement for | | | | |
| | Copy/Swetic/1213309/2-15-11/ davieFL | | | | |
| 02/25/2011 | | LDT | [ Long Distance Telephone ] | | 18.00 |
| | Long Distance | | | | |
| 03/03/2011 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | 1(941)966-3493 1213309 | | | | |
| 03/03/2011 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | 1(941)504-6616 1213309 | | | | |
| 03/04/2011 | | PRN | [ Black & White Printing ] | | 2.10 |
| | 1213309 | | | | |
| 03/04/2011 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | 1(941)966-3493 1213309 | | | | |
| 03/04/2011 | | PRN | [ Black & White Printing ] | | 3.00 |
| | 1213309 | | | | |
| 03/04/2011 | | PRN | [ Black & White Printing ] | | 2.70 |
| | 1213309 | | | | |
| 03/08/2011 | | COP | [ Copies ] | | 41.00 |
| | 1213309 | | | | |
| 03/08/2011 | | COP | [ Copies ] | | 31.00 |
| | 1213309 | | | | |
| 03/11/2011 | 396918 | COU | Federal Express [ Courier ] | | 15.06 |
| | Federal Express 740329847 | | | | |
| 03/14/2011 | | COP | [ Copies ] | | 10.75 |
| 03/14/2011 | | COP | [ Copies ] | | 16.75 |
| 03/14/2011 | | COP | [ Copies ] | | 57.25 |

Morgan & Morgan, P.A.

### Case Expense Report

6/9/2011                    (1213309) Swetic, Jan vs. Silverberg Jewelery Company
11:10:26AM

Page 2 of 2

| Date | Check No. | Code | Payee  [Description] | Deposit | Amount |
|------|-----------|------|----------------------|---------|--------|
| 03/14/2011 | | COP | [ Copies ] | | 0.25 |
| 03/14/2011 | | COP | [ Copies ] | | 16.75 |
| 03/14/2011 | | COP | [ Copies ] | | 10.75 |
| 03/14/2011 | | COP | [ Copies ] | | 57.25 |
| 03/14/2011 | | COP | [ Copies ] | | 0.25 |
| 03/14/2011 | | COP | [ Copies ] | | 16.75 |
| 03/14/2011 | | COP | [ Copies ] | | 7.25 |
| 03/14/2011 | | COP | [ Copies ] | | 10.75 |
| 03/14/2011 | | COP | [ Copies ] | | 57.25 |
| 03/14/2011 | | COP | [ Copies ] | | 7.25 |
| 03/14/2011 | | COP | [ Copies ] | | 0.25 |
| 03/14/2011 | | COP | [ Copies ] | | 7.25 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 3.60 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 3.00 |
| 03/15/2011 | | COP | [ Copies ] | | 132.75 |
| 03/15/2011 | | COP | [ Copies ] | | 0.25 |
| 03/15/2011 | | COP | [ Copies ] | | 132.75 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 1.80 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 3.60 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 1.80 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 3.60 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 3.60 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 1.80 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 3.00 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 1.80 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 1.80 |
| 03/15/2011 | | PRN | [ Black & White Printing ] | | 1.80 |
| 03/15/2011 | | COP | [ Copies ] | | 0.25 |
| 03/15/2011 | 397676 | DEP | Sclafani Williams Court Reporters, Inc. [ Deposition ]  Swetic/1213309/306912/DavieFL | | 1,128.75 |
| 03/30/2011 | 400185 | COU | Federal Express [ Courier ] | | 6.87 |
| 04/08/2011 | | PRN | [ Black & White Printing ] | | 2.10 |
| 04/08/2011 | | PRN | [ Black & White Printing ] | | 3.00 |
| 04/11/2011 | 402312 | FIL | American Express [ Filing fees ]  MultiplePCs/2-28-11/FTL | | 15.00 |
| 04/11/2011 | 402312 | FIL | American Express [ Filing fees ]  MultiplePCs/2-28-11/FTL | | 18.60 |
| 04/11/2011 | 402312 | FIL | American Express [ Filing fees ]  MultiplePCs/2-28-11/FTL | | 150.46 |
| 04/11/2011 | 402312 | FIL | American Express [ Filing fees ]  MultiplePCs/2-28-11/FTL | | 16.00 |
| 04/11/2011 | 402309 | REC | American Express [ Records ]  Pacer/10-2010 /12-2010 | | 3.52 |
| 04/13/2011 | 402763 | TVL | American Express [ Travel Expenses ]  MultplePCs/4-14-11 | | 133.70 |
| 04/18/2011 | | PRN | [ Black & White Printing ] | | 2.10 |
| 04/25/2011 | | PRN | [ Black & White Printing ] | | 3.90 |
| 04/25/2011 | | PRN | [ Black & White Printing ] | | 2.10 |
| 05/09/2011 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| 05/24/2011 | | LDT | [ Long Distance Telephone ] | | |

Total:    0.00    3,219.01

Balance:    3,219.01