UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAN SWETIC,

     Plaintiff,

v.                                                    CASE NO.: 8:10-cv-2096-T-23MAP

SILVERBERG JEWELRY
COMPANY, et al.,

     Defendants.

_____/

**ORDER**

     The plaintiff moves (Doc. 30) for attorney fees and costs.  Pursuant to 28 U.S.C.

§ 636, the plaintiff's motion (Doc. 30) is **REFERRED** to Magistrate Judge Mark A. Pizzo

for a report and recommendation.

     ORDERED in Tampa, Florida, on June 20, 2011.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**