UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAN SWETIC

    Plaintiff,

    v.                               CASE NO.: 8:10-cv-2096-T-23MAP

SILVERBERG JEWELRY COMPANY,
a Florida profit corporation, *et. al.*

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND INCORPORATED MEMORANDUM OF LAW[1]**

Pursuant to Local Rule 3.01(j), Plaintiff, JAN SWETIC, moves this Court to set a two (2) hour evidentiary hearing on Plaintiff's Motion for Attorneys' Fees and Costs. Rule 1 of the Federal Rules of Civil Procedure requires the "just and speedy, and inexpensive determination of every action." In the instant matter, Plaintiff respectfully requests that the requested hearing take place so that this Court can put both Plaintiff's counsel, Defendants' counsel, and their respective experts under oath to determine the veracity and accuracy of the parties' representation and the appropriate entitlement to a fee and cost award. Plaintiff's counsel expressly waives any possible entitlement to any attorneys' fees and costs incurred as a result of attending such hearing.

---

[1] While the Local Rule requires such a request at the time of the filing of the initial Motion, Plaintiff did not expect Defendants to make the representations they have made to this Court in their Response. Therefore, to get to the truth of this matter, Plaintiff respectfully requests a hearing on same.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Plaintiff's counsel conferred with Defendants' counsel in an effort to resolve this Motion and is authorized to represent that Defendants oppose same.

Respectfully submitted this 30th day of June, 2011.

/s RICHARD CELLER
Richard Celler, Esq.
FL Bar No.: 173370
Trial Counsel for Plaintiff
MORGAN & MORGAN
6824 Griffin Road
Davie, FL 33314
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: rceller@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court, this 30th day of June 2011, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s RICHARD CELLER
Richard Celler