UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JAN SWETIC,

     Plaintiff,

v.                                                    CASE NO. 8:10-cv-2096-T-23MAP

SILVERBERG JEWELRY COMPANY
and ED SILVERBERG,

     Defendants.

_____/


## **ORDER**

    After the parties settled this FLSA action, the plaintiff moves (Doc. 30) for

attorney fees and costs, which motion an order refers to Magistrate Judge Pizzo for a

report and recommendation.  Magistrate Judge Pizzo issues (Doc. 37) a report that

recommends an award of $13,680.00 in attorney fees and an award of $1,572.75 in

costs.

    Neither party objects to the thorough and reasonable report and

recommendation, which is **ADOPTED**.  The plaintiff's motion (Doc. 30) is

**GRANTED IN PART**.  The clerk is directed to amend the judgment in favor of the plaintiff and against the defendants in the amount of $15,252.75.

ORDERED in Tampa, Florida, on February 21, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE